1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   AmandaS@potterhandy.com
6  Attorneys for Plaintiff

7
   CHANDLER LAW FIRM
8  ATTORNEYS AT LAW
   Robert C. Chandler, Esq., (SBN 138266)
9  Carla R. Kralovic, Esq., (SBN 227197)
10 Floyd F. Fishell, Esq., (SBN 117659)
   3800 Orange Street, Suite 270
11 Riverside, CA 92501
   TELEPHONE: (951) 276-3022
12 Email: chandlerlawfirm@outlook.com
13 Attorney for Defendant
   Khurana Properties Inc.

14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, | Case No.: 5:19-CV-01058-KK |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| KHURANA PROPERTIES INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

6  Dated: January 11, 2021            CENTER FOR DISABILITY ACCESS

8                                      By: /s/ Amanda Seabock
                                           Amanda Seabock
9                                          Attorneys for Plaintiff

11
12 Dated: January 11, 2021            CHANDLER LAW FIRM

14                                      By:  /s/ Robert C. Chandler
                                             Robert C. Chandler
15                                           Attorney for Defendant
                                             Khurana Properties Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Robert C. Chandler, counsel for Khurana Properties Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 11, 2021          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff