JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 19-1058-KK** | Date: | January 12, 2021 |
| Title: | Raul Uriarte-Limon v. Khurana Properties Inc., et al. | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.